Case 3:11-cv-06262-SI   Document 8   Filed 03/12/12   Page 1 of 2

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY BOYSEN, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WALGREEN CO., an Illinois Corporation d.b.a. WALGREENS; and DOES 1-10, inclusive,<br><br>　　　　　　　　Defendants. | CASE NO.  C 11-06262 DMR<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER EXTENDING DEADLINES IN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |

[PROPOSED] ORDER RE: EXTENSION OF CASE MANAGEMENT AND ADR DEADLINES
CASE NO.  C 11-06262 DMR

Pursuant to the stipulation by and between Plaintiff and Defendant through their respective counsel of record, IT IS HEREBY ORDERED that the deadlines indicated in the Order Setting Initial Case Management Conference And ADR Deadlines are continued as follows:

| Event | Original Date | Continued Date |
| --- | --- | --- |
| Last day to (1) meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; (2) file ADR Certification signed by Parties and Counsel; and (3) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | March 7, 2012 | April 18, 2012 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | March 21, 2012 | May 2, 2012 |
| Initial Case Management Conference | March 28, 2012 | May 9, 2012 |

SO ORDERED.

Dated: March 12, 2012



The Honorable Donna M. Ryu
United States Magistrate Judge

2

[PROPOSED] ORDER RE: EXTENSION OF CASE MANAGEMENT AND ADR DEADLINES
CASE NO.  C 11-06262 DMR