1  Tina Wolfson, SBN 174806
   twolfson@ahdootwolfson.com
2  Robert Ahdoot, SBN 172098
   rahdoot@ahdootwolfson.com
3  AHDOOT & WOLFSON, P.C.
4  10850 Wilshire Boulevard, Suite 370
   Los Angeles, California 90024
5  Telephone: (310) 474-9111
6  Facsimile:  (310) 474-8585

7
   Michael F. Ram, SBN 104805
8  mram@rocklawcal.com
   J. Kirk Boyd, SBN 122759
9  kboyd@rocklawcal.com
10 RAM, OLSON, CEREGHINO & KOPCZYNSKI
   555 Montgomery Street, Suite 820
11 San Francisco, California 94111
12 Telephone: (415) 433-4949
   Facsimile: (415) 433-7311
13 Attorneys for Plaintiff,
14 RANDY BOYSEN

15              **UNITED STATES DISTRICT COURT**

16            **NORTHERN DISTRICT OF CALIFORNIA**

17

18 | RANDY BOYSEN, an individual, on his own behalf and on behalf of all others similarly situated, | CASE NO. 11-cv-06262-SI |

19

20                                                   CLASS ACTION

   Plaintiff,                       **STIPULATION AND [PROPOSED]
                                      ORDER MODIFYING HEARING
   v.                                DATE AND BRIEFING DEADLINES
21                                   ON DEFENDANT'S MOTION TO
                                      DISMISS AND MOTION TO STAY**
22 WALGREEN CO., an Illinois
   Corporation d.b.a. WALGREENS; and
23 DOES 1-10, inclusive,            Current Hearing Date: June 15, 2012
                                      Proposed Hearing Date: July 20, 2012
24      Defendants.                  Time: 9:00 a.m.
25                                   Courtroom 10, 19th Floor
                                      The Honorable Susan Illston
26

27

28

CASE NO. 11-cv-06262-SI: STIPULATION AND [PROPOSED] ORDER

Pursuant to Local Rules 6-2 and 7-12, and for the reasons set forth in the accompanying Declaration of Tina Wolfson, Plaintiff Randy Boysen ("Plaintiff") and Defendant Walgreen Co. ("Defendant") hereby stipulate, and request that the Court issue the [Proposed] Order below, to modify the hearing date and the briefing schedule on Defendant's Motion to Dismiss (Docket No. 14) and Motion to Stay (Docket No. 18) (collectively, the "Motions"), as follows:

- Plaintiff's Oppositions to the Motions, currently due on May 21 (14 days after service and filing per Local Rule 7-3), shall be due on **June 4, 2012**.

- Defendant's Replies in Support of the Motions, currently due May 28 (7 days after the Oppositions are filed and served), shall be due on **June 18, 2012**.

- The currently noticed hearing date on both Motions, of June 15, 2012, shall be extended to **July 20, 2012**.

Dated:        May 17, 2012        **AHDOOT & WOLFSON, PC**

/s/ Tina Wolfson
Tina Wolfson, Esq.
10850 Wilshire Blvd., Suite 370
Los Angeles, California 90024
Tel: 310-474-9111; Fax: 310-474-8585

Dated:        May 17, 2012        **RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP**

/s/ Michael F. Ram
Michael F. Ram, Esq.
555 Montgomery Street, Suite 820
San Francisco, California 94111
Tel: (415) 433-4949; Fax: (415) 433-7311

*Attorneys for Plaintiff, Randy Boysen*

1

Dated:        May 17, 2012              MORRISON & FOERSTER

2

3

By:    /s/ James Schurz

4              James M. Schurz

5              425 Market Street
               San Francisco, California 94105

6              T: (415) 268-6449; F: (415) 268-7522
               Email: jschurz@mofo.com

7

8              Attorneys for Defendant,
               WALGREEN CO.

9

10

11

12      PURSUANT TO STIPULATION, IT IS SO ORDERED.

13

14              5/18/12

15                                  By:    _____

16                                         The Honorable Susan Illston
                                           U.S. District Court Judge

17

18

19

20

21

22

23                      **ATTESTATION OF FILER**

24

25      Pursuant to N.D. Cal. General Order No. 45 § X.B, the undersigned attests that

       each of the above-named signatories concur in the filing of this Joint Motion.

26

27                                  By:    _____/s/ Tina Wolfson_____
                                           Tina Wolfson

28

3

1  Tina Wolfson, SBN 174806
   twolfson@ahdootwolfson.com
2  Robert Ahdoot, SBN 172098
   rahdoot@ahdootwolfson.com
3  AHDOOT & WOLFSON, P.C.
   10850 Wilshire Boulevard, Suite 370
4  Los Angeles, California 90024
5  Telephone: (310) 474-9111
   Facsimile:  (310) 474-8585
6
7  Michael F. Ram, SBN 104805
   mram@rocklawcal.com
8  J. Kirk Boyd, SBN 122759
   kboyd@rocklawcal.com
9  RAM, OLSON, CEREGHINO & KOPCZYNSKI
10 555 Montgomery Street, Suite 820
   San Francisco, California 94111
11 Telephone: (415) 433-4949
12 Facsimile: (415) 433-7311
13 Attorneys for Plaintiff,
   RANDY BOYSEN
14
15                 **UNITED STATES DISTRICT COURT**
16                 **NORTHERN DISTRICT OF CALIFORNIA**
17
   RANDY BOYSEN, an individual, on his          CASE NO. 11-cv-06262-SI
18 own behalf and on behalf of all others
   similarly situated,                          CLASS ACTION
19
                   Plaintiff,                   **DECLARATION OF TINA
20                                              WOLFSON IN SUPPORT OF
         v.                                     STIPULATION AND [PROPOSED]
21                                              ORDER MODIFYING HEARING
   WALGREEN CO., an Illinois                    DATE AND BRIEFING DEADLINES
22 Corporation d.b.a. WALGREENS; and            ON DEFENDANT'S MOTION TO
   DOES 1-10, inclusive,                        DISMISS AND MOTION TO STAY**
23
                   Defendants.
24                                              Hearing Date: June 15th, 2012
                                                Time: 9:00 a.m.
25                                              Courtroom 10, 19th Floor
                                                The Honorable Susan Illston
26
27
28

CASE NO. 11-cv-06262-SI: DECLARATION OF TINA WOLFSON

I, Tina Wolfson, declare as follows:

1. I am an attorney duly licensed to practice in all courts in the State of California and the District of Columbia. Pursuant to Local Rule 6-2, I submit this declaration in support of the concurrently filed Stipulation and [Proposed] Order Modifying Hearing Date and Briefing Deadlines on Defendant's Motion to Dismiss and Motion to Stay (the "Stipulation") in the above-captioned case. The matters stated herein are true of my own knowledge or, where indicated, I am informed and believe that they are true. If called upon as a witness, I could and would competently testify to these facts.

2. My firm's and my co-counsel's firm's extremely busy work schedules at this time, and the substantial work required to oppose Defendant's Motion to Dismiss and Motion to Stay, make the originally scheduled briefing schedule and hearing date on these motions unmanageable for Plaintiffs' counsel. Defendant's counsel, meanwhile, is unavailable for another hearing date until July 20, 2012. Counsel for all parties have met and conferred on these scheduling issues, and agree that this proposed modification is fair and just under the circumstances.

3. There has been one previous time modification in this Action, by stipulation, which Extended the Deadlines in the Court's Order Setting Initial Case Management Conference and ADR Deadlines. (Docket No. 8.)

4. The extension requested in the current Stipulation will have no effect on the schedule for this case, other than requested briefing extension itself.


I declare under the penalty of perjury on the 17th day of May, 2012, that the foregoing is true and correct.


_____
Tina Wolfson

CASE NO. 11-cv-06262-SI: DECLARATION OF TINA WOLFSON