Tina Wolfson, SBN 174806
twolfson@ahdootwolfson.com
Robert Ahdoot, SBN 172098
rahdoot@ahdootwolfson.com
AHDOOT & WOLFSON, P.C.
10850 Wilshire Boulevard, Suite 370
Los Angeles, California 90024
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585

Michael F. Ram, SBN 104805
mram@rocklawcal.com
J. Kirk Boyd, SBN 122759
kboyd@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
Attorneys for Plaintiff,
RANDY BOYSEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY BOYSEN, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO., an Illinois Corporation d.b.a. WALGREENS; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 11-cv-06262-SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING HEARING DATE AND BRIEFING DEADLINES ON DEFENDANT'S MOTION TO DISMISS AND MOTION TO STAY**<br><br>Current Hearing Date: June 15, 2012<br>Proposed Hearing Date: July 20, 2012<br>Time: 9:00 a.m.<br>Courtroom 10, 19th Floor<br>The Honorable Susan Illston |

CASE NO. 11-cv-06262-SI: STIPULATION AND [PROPOSED] ORDER

Pursuant to Local Rules 6-2 and 7-12, and for the reasons set forth in the accompanying Declaration of Tina Wolfson, Plaintiff Randy Boysen ("Plaintiff") and Defendant Walgreen Co. ("Defendant") hereby stipulate, and request that the Court issue the [Proposed] Order below, to modify the hearing date and the briefing schedule on Defendant's Motion to Dismiss (Docket No. 14) and Motion to Stay (Docket No. 18) (collectively, the "Motions"), as follows:

- Plaintiff's Oppositions to the Motions, currently due on May 21 (14 days after service and filing per Local Rule 7-3), shall be due on **June 4, 2012**.

- Defendant's Replies in Support of the Motions, currently due May 28 (7 days after the Oppositions are filed and served), shall be due on **June 18, 2012**.

- The currently noticed hearing date on both Motions, of June 15, 2012, shall be extended to **July 20, 2012**.

Dated:      May 17, 2012            **AHDOOT & WOLFSON, PC**

/s/ Tina Wolfson
Tina Wolfson, Esq.
10850 Wilshire Blvd., Suite 370
Los Angeles, California 90024
Tel: 310-474-9111; Fax: 310-474-8585

Dated:      May 17, 2012            **RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP**

/s/ Michael F. Ram
Michael F. Ram, Esq.
555 Montgomery Street, Suite 820
San Francisco, California 94111
Tel: (415) 433-4949; Fax: (415) 433-7311

*Attorneys for Plaintiff, Randy Boysen*

| | | |
|---|---|---|
| Dated: May 17, 2012 | | MORRISON & FOERSTER |

By: /s/ James Schurz
James M. Schurz
425 Market Street
San Francisco, California 94105
T: (415) 268-6449; F: (415) 268-7522
Email: jschurz@mofo.com

Attorneys for Defendant,
WALGREEN CO.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

5/18/12        By: _____
The Honorable Susan Illston
U.S. District Court Judge

### ATTESTATION OF FILER

Pursuant to N.D. Cal. General Order No. 45 § X.B, the undersigned attests that each of the above-named signatories concur in the filing of this Joint Motion.

By:   /s/ Tina Wolfson
Tina Wolfson

3
CASE NO. 11-cv-06262-SI: STIPULATION AND [PROPOSED] ORDER

```
Tina Wolfson, SBN 174806
twolfson@ahdootwolfson.com
Robert Ahdoot, SBN 172098
rahdoot@ahdootwolfson.com
AHDOOT & WOLFSON, P.C.
10850 Wilshire Boulevard, Suite 370
Los Angeles, California 90024
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585

Michael F. Ram, SBN 104805
mram@rocklawcal.com
J. Kirk Boyd, SBN 122759
kboyd@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

Attorneys for Plaintiff,
RANDY BOYSEN
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY BOYSEN, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO., an Illinois Corporation d.b.a. WALGREENS; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 11-cv-06262-SI<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF TINA WOLFSON IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER MODIFYING HEARING DATE AND BRIEFING DEADLINES ON DEFENDANT'S MOTION TO DISMISS AND MOTION TO STAY**<br><br>Hearing Date: June 15th, 2012<br>Time: 9:00 a.m.<br>Courtroom 10, 19th Floor<br>The Honorable Susan Illston |

CASE NO. 11-cv-06262-SI: DECLARATION OF TINA WOLFSON

I, Tina Wolfson, declare as follows:

1. I am an attorney duly licensed to practice in all courts in the State of California and the District of Columbia. Pursuant to Local Rule 6-2, I submit this declaration in support of the concurrently filed Stipulation and [Proposed] Order Modifying Hearing Date and Briefing Deadlines on Defendant's Motion to Dismiss and Motion to Stay (the "Stipulation") in the above-captioned case. The matters stated herein are true of my own knowledge or, where indicated, I am informed and believe that they are true. If called upon as a witness, I could and would competently testify to these facts.

2. My firm's and my co-counsel's firm's extremely busy work schedules at this time, and the substantial work required to oppose Defendant's Motion to Dismiss and Motion to Stay, make the originally scheduled briefing schedule and hearing date on these motions unmanageable for Plaintiffs' counsel. Defendant's counsel, meanwhile, is unavailable for another hearing date until July 20, 2012. Counsel for all parties have met and conferred on these scheduling issues, and agree that this proposed modification is fair and just under the circumstances.

3. There has been one previous time modification in this Action, by stipulation, which Extended the Deadlines in the Court's Order Setting Initial Case Management Conference and ADR Deadlines. (Docket No. 8.)

4. The extension requested in the current Stipulation will have no effect on the schedule for this case, other than requested briefing extension itself.

I declare under the penalty of perjury on the 17th day of May, 2012, that the foregoing is true and correct.

Tina Wolfson