| | |
|---|---|
| 1 | Tina Wolfson, SBN 174806 |
| 2 | twolfson@ahdootwolfson.com |
| | Robert Ahdoot, SBN 172098 |
| 3 | rahdoot@ahdootwolfson.com |
| | AHDOOT & WOLFSON, P.C. |
| 4 | 10850 Wilshire Boulevard, Suite 370 |
| 5 | Los Angeles, California 90024 |
| | Telephone: (310) 474-9111 |
| 6 | Facsimile:  (310) 474-8585 |

Attorneys for Plaintiff,
RANDY BOYSEN

JAMES M. SCHURZ, SBN 145874
JSchurz@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant,
WALGREEN CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY BOYSEN, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO., an Illinois Corporation d.b.a. WALGREENS; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 11-cv-06262-SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING DATE OF INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Current CMC Date: June 22, 2012<br>Current Time: 2:30 p.m.<br>Proposed CMC Date: July 20, 2012<br>Proposed Time: 9:00 a.m.<br>Courtroom 10, 19th Floor<br>The Honorable Susan Illston |

Pursuant to Local Rules 6-2 and 7-12, and for the reasons set forth in the accompanying Declaration of James Schurz, Plaintiff Randy Boysen ("Plaintiff") and Defendant Walgreen Co. ("Defendant") hereby stipulate, and request that the Court issue the [Proposed] Order below, to modify the date of the Initial Case Management Conference in this action, currently scheduled for June 22, 2012, at 2:30 p.m. (per Docket No. 13), to **July 20, 2012, at 9:00 a.m.**, to coincide with the proposed modified hearing date on Defendant's Motion to Dismiss and Motion to Stay.

Dated:   May 17, 2012       **AHDOOT & WOLFSON, PC**

/s/ Tina Wolfson
Tina Wolfson, Esq.
10850 Wilshire Blvd., Suite 370
Los Angeles, California 90024
Tel: 310-474-9111; Fax: 310-474-8585

Dated:   May 17, 2012       **RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP**

/s/ Michael F. Ram
Michael F. Ram, Esq.
555 Montgomery Street, Suite 820
San Francisco, California 94111
Tel: (415) 433-4949; Fax: (415) 433-7311

*Attorneys for Plaintiff, Randy Boysen*

Dated:   May 17, 2012       MORRISON & FOERSTER

By:   /s/ James Schurz       _
James M. Schurz
425 Market Street
San Francisco, California 94105
T: (415) 268-6449; F: (415) 268-7522
Email: jschurz@mofo.com

Attorneys for Defendant,
WALGREEN CO.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

5/22/12            By: _____
                        The Honorable Susan Illston
                        U.S. District Court Judge

## ATTESTATION OF FILER

Pursuant to N.D. Cal. General Order No. 45 § X.B, the undersigned attests that each of the above-named signatories concur in the filing of this Joint Motion.

By: ____/s/ Tina Wolfson_____
      Tina Wolfson