Tina Wolfson, SBN 174806
twolfson@ahdootwolfson.com
Robert Ahdoot, SBN 172098
rahdoot@ahdootwolfson.com
AHDOOT & WOLFSON, P.C.
10850 Wilshire Boulevard, Suite 370
Los Angeles, California 90024
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585

Attorneys for Plaintiff,
RANDY BOYSEN


JAMES M. SCHURZ, SBN 145874
JSchurz@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant,
WALGREEN CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDY BOYSEN, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>     v.<br><br>WALGREEN CO., an Illinois Corporation d.b.a. WALGREENS; and DOES 1-10, inclusive,<br><br>           Defendants. | CASE NO. 11-cv-06262-SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DEADLINE FOR PLAINTIFF'S FILING OF ANY AMENDED COMPLAINT**<br><br>Current Deadline: August 2, 2012<br>Proposed Deadline: August 16, 2012<br><br>The Honorable Susan Illston |

Pursuant to Local Rule 6-2, and for the reasons set forth in the accompanying Declaration of Tina Wolfson, Plaintiff Randy Boysen ("Plaintiff") and Defendant Walgreen Co. ("Defendant") hereby stipulate and request that the Court issue the [Proposed] Order below, to continue the date by which Plaintiff must file any amended complaint in this action, from the current date of August 2, 2012 (per Docket No. 41), until **August 16, 2012**.

Dated: August 2, 2012         **AHDOOT & WOLFSON, PC**

/s/ Tina Wolfson
Tina Wolfson, Esq.
10850 Wilshire Blvd., Suite 370
Los Angeles, California 90024
Tel: 310-474-9111; Fax: 310-474-8585

Dated: August 2, 2012         **RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP**

/s/ Michael F. Ram
Michael F. Ram, Esq.
555 Montgomery Street, Suite 820
San Francisco, California 94111
Tel: (415) 433-4949; Fax: (415) 433-7311

*Attorneys for Plaintiff, Randy Boysen*

Dated: August 2, 2012         MORRISON & FOERSTER

By:   /s/ James Schurz
James M. Schurz
425 Market Street
San Francisco, California 94105
T: (415) 268-6449; F: (415) 268-7522
Email: jschurz@mofo.com

Attorneys for Defendant,
WALGREEN CO.

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

8/6/12     By: _____
The Honorable Susan Illston
U.S. District Court Judge

### ATTESTATION OF FILER

Pursuant to N.D. Cal. General Order No. 45 § X.B, the undersigned attests that each of the above-named signatories concur in the filing of this Joint Motion.

By: _____/s/ Tina Wolfson_____
Tina Wolfson

3

CASE NO. 11-cv-06262-SI: STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO FILE AMENDED COMPLAINT

PURSUANT TO STIPULATION, IT IS SO ORDERED.

8/6/12     By: _____
The Honorable Susan Illston
U.S. District Court Judge

### ATTESTATION OF FILER

Pursuant to N.D. Cal. General Order No. 45 § X.B, the undersigned attests that each of the above-named signatories concur in the filing of this Joint Motion.

By: _____/s/ Tina Wolfson_____
Tina Wolfson

| | |
|---|---|
| 1 | Tina Wolfson, SBN 174806 |
| | twolfson@ahdootwolfson.com |
| 2 | Robert Ahdoot, SBN 172098 |
| | rahdoot@ahdootwolfson.com |
| 3 | AHDOOT & WOLFSON, P.C. |
| 4 | 10850 Wilshire Boulevard, Suite 370 |
| | Los Angeles, California 90024 |
| 5 | Telephone: (310) 474-9111 |
| | Facsimile:  (310) 474-8585 |
| 6 | |
| 7 | Michael F. Ram, SBN 104805 |
| | mram@rocklawcal.com |
| 8 | J. Kirk Boyd, SBN 122759 |
| | kboyd@rocklawcal.com |
| 9 | RAM, OLSON, CEREGHINO & KOPCZYNSKI |
| 10 | 555 Montgomery Street, Suite 820 |
| | San Francisco, California 94111 |
| 11 | Telephone: (415) 433-4949 |
| 12 | Facsimile: (415) 433-7311 |

Attorneys for Plaintiff,
RANDY BOYSEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY BOYSEN, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO., an Illinois Corporation d.b.a. WALGREENS; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 11-cv-06262-SI<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF TINA WOLFSON IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR PLAINTIFF'S FILING OF ANY AMENDED COMPLAINT**<br><br>Current Deadline: August 2, 2012<br>Proposed Deadline: August 16, 2012<br><br>The Honorable Susan Illston |

I, Tina Wolfson, declare as follows:

1. I am an attorney duly licensed to practice in all courts in the State of California and the District of Columbia. Pursuant to Local Rule 6-2, I submit this declaration in support of the concurrently filed Stipulation and [Proposed] Order Continuing Deadline for Plaintiff's Filing of any Amended Complaint (the "Stipulation") in the above-captioned case. The matters stated herein are true of my own knowledge or, where indicated, I am informed and believe that they are true. If called upon as a witness, I could and would competently testify to these facts.

2. The requested extension is necessary in light of my vacation schedule, as I was on vacation from July 19 through 23, and from July 28 through 31, 2012. The requested extension also is required for reasons that constitute matter protected by the attorney-client privilege and by the attorney work product doctrine.

3. There have been two previous time modifications in this Action by stipulation: the first extended the deadlines in the Court's Order Setting Initial Case Management Conference and ADR Deadlines (Docket No. 8); and the second modified the hearing date and briefing deadlines on Defendant's motion to dismiss and motion to stay.

4. The extension requested in the current Stipulation will have no effect on the schedule for this case, other than requested filing extension itself.

I declare under the penalty of perjury on the 2nd day of August, 2012, that the foregoing is true and correct.

_____
Tina Wolfson