**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY BOYSEN, an individual, on his own behalf and on behalf of all others similarly situated, | No. C 11-06262 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WALGREEN CO., | |
| Defendant. | |

On July 19, 2012, the Court dismissed plaintiff's complaint with leave to amend. On August 16, 2012, plaintiff filed a Notice of Intent Not to File Amended Complaint and requested entry of judgment of dismissal without prejudice. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 16, 2012

SUSAN ILLSTON
United States District Judge