United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RANDY BOYSEN, an individual, on his own
behalf and on behalf of all others similarly
situated,

        Plaintiff,

  v.

WALGREEN CO.,

        Defendant.
                             /

No. C 11-06262 SI

**JUDGMENT**

On July 19, 2012, the Court dismissed plaintiff's complaint with leave to amend.  On August 16, 2012, plaintiff filed a Notice of Intent Not to File Amended Complaint and requested entry of judgment of dismissal without prejudice.  Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  Judgment is entered accordingly.

      **IT IS SO ORDERED AND ADJUDGED.**

Dated:  August 16, 2012

                                                  
SUSAN ILLSTON
United States District Judge